**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**CIVIL CASE NO.: 0:18-cv-62374-DMM**

GEMA VILCHEZ,

       Plaintiff,
vs.

CAPITAL MANAGEMENT SERVICES, LP,

       Defendant.
_____/

**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF CAPITAL MANAGEMENT SERVICES, LP**

COMES NOW, the Defendant, Capital Management Services, LP, by and through its undersigned counsel, and files this Certificate of Interested Parties and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have a financial interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a. Capital Management Services, LP - Defendant;
    b. Moss & Barnett PA- counsel for Defendant;
    c. The Law Offices of Ronald S. Canter, LLC- counsel for Defendant;
    d. Gema Vilchez- Plaintiff; and
    e. The Law Offices of Jibrael S. Hindi- counsel for Plaintiff.

Dated: October 29, 2018  /s/Ronald S. Canter
Ronald S. Canter, Esquire
Bar # 335045
The Law Offices of Ronald S. Canter, LLC
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
rcanter@roncanterllc.com
*Attorney for Defendant*
*Local address:*
400 S. Dixie Hwy #322
Boca Raton, Florida 33432

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by electronic notification via the CM/ECF system on this 29th day of October, 2018:

Jibrael S. Hindi, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301

*Counsel for Plaintiff*

/s/Ronald S. Canter
Ronald S. Canter
*Attorney for Defendant*

2