**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**CIVIL CASE NO.: 0:18-cv-62374-DMM**

GEMA VILCHEZ,

       Plaintiff,
vs.

CAPITAL MANAGEMENT SERVICES, LP,

       Defendant.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Bradley R. Armstrong of the law firm of Moss & Barnett, 150 South Fifth Street, Suite 1200, Minneapolis, Minnesota 55402, telephone number 612-877-5359, for purposes of appearance as co-counsel on behalf of Defendant Capital Management Services, LP in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Bradley R. Armstrong to receive electronic filings in this case, and in support thereof states as follows:

    1.    Bradley R. Armstrong is not admitted to practice in the Southern District of Florida and is a member in good standing of the following courts: State of Minnesota, State of Wisconsin, Federal District Court for the District of Minnesota, Federal District for the Northern District of Illinois, Federal District Court for the Eastern District of Wisconsin, Federal District Court for the Western District of Wisconsin, Second Circuit Court of Appeals, Third Circuit Court of Appeals and the Seventh Circuit Court of Appeals.

2. Movant, Ronal S. Canter, Esquire, of the law firm of The Law Offices of Ronald S. Canter, LLC with a local office address at 400 South Dixie Highway #322, Boca Raton, Florida 33432, telephone number 301-424-7490, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Bradley R. Armstrong has made payment of this Court's $75 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Bradley R. Armstrong, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Bradley R. Armstrong at email address: Bradley.armstrong@lawmoss.com.

WHEREFORE, Ronald S. Canter, moves this Court to enter an Order allowing Bradley R. Armstrong, to appear before this Court on behalf of Defendant Capital Management Services, LP, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Bradley R. Armstrong.

Dated: October 29, 2018                     /s/Ronald S. Canter
                                            Ronald S. Canter, Esquire
                                            Bar # 335045
                                            The Law Offices of Ronald S. Canter, LLC
                                            200A Monroe Street, Suite 104
                                            Rockville, Maryland 20850
                                            Telephone: (301) 424-7490
                                            Facsimile: (301) 424-7470
                                            rcanter@roncanterllc.com
                                            *Attorney for Defendant*


                                            *Local address:*
                                            400 S. Dixie Hwy #322
                                            Boca Raton, Florida 33432


## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by electronic notification via the CM/ECF system on this 29th day of October, 2018:

Jibrael S. Hindi, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301

*Counsel for Plaintiff*

                                            /s/Ronald S. Canter
                                            Ronald S. Canter
                                            *Attorney for Defendant*